STANISLAUS SAROSIAK v. LOUIS FORMAN.— Motion granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ABIGAIL H. BISHOP v. JAMES C. BISHOP.— Motion granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

NETHERLAND HOLDING CORPORATION v. ROBERT K. TAYLOR.— Motion granted on condition that appeal be brought on for argument or submission on the 17th day of April, 1924. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ANTHONY SCARELLA, an Infant, etc., v. ISAAC COHEN.— Motion granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of the Application of JOSEPH H. ODELL for Admission to the Bar.— Referred to the committee on character and fitness. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

DAVID SOLOMON v. NATIONAL SURETY COMPANY OF NEW YORK.— Motion granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of EMANUEL A. BUSCH, an Attorney.— Reference ordered to Hon. Edward G. Whitaker, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of the Petition of GEORGE F. TROMMER and Another, as Acting Trustees of a Certain Trust under the Last Will and Testament of WILLIAM G. RINGLER, Deceased, Respondents, for a Mandamus Order for the Inspection of the Books and Records of GEORGE RINGLER & COMPANY, Appellant.— Order modified as indicated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

S. & G. CLOAK CO., INC., v. SIDNEY KLEINFELD CORPORATION.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MICHAEL HENNELLY, Respondent, v. ISIDORE SCHWARTZ, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EARL V. B. VON BRANDENBURG, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EMILE C. MURRAY, Appellant, v. HODGES CARPET CO., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SCHILLING PIANO COMPANY, INC., Respondent, v. PEOPLE's 149TH STREET MARKET, INC., Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $547.88; in which event the judgment as so modified and the order appealed from are affirmed, without costs. · No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

KATE M. TIEDEMANN, as Executrix, etc., of AUGUSTA F. TIEDEMANN, Deceased, Appellant, v. HERMAN KAHN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.